**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-50016 |
| Plaintiff - Appellee, | D.C. No. 2:08-cr-01244-DSF |
| v. | |
| JORGE AGUILAR-HERNANDEZ, | MEMORANDUM [*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Dale S. Fischer, District Judge, Presiding

Submitted January 11, 2010 [**]

Before:    BEEZER, TROTT, and BYBEE, Circuit Judges.

Jorge Aguilar-Hernandez appeals from the 37-month sentence imposed

following his guilty-plea conviction for illegal reentry, in violation of 8 U.S.C.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

AH/Research

§ 1326(a).  We have jurisdiction pursuant to 28 U.S.C. § 1291, and we vacate Aguilar-Hernandez's sentence and remand for resentencing.

Aguilar-Hernandez contends that the district court erred by assigning him two criminal history points, pursuant to U.S.S.G. § 4A1.1(d), because there was insufficient evidence that he was on parole at the time he committed the instant offense.  We cannot resolve the issue on this record.

Accordingly, we vacate Aguilar-Hernandez's sentence and remand to the district court for further consideration.

**VACATED and REMANDED.**